IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| LYNNE MAROTTA | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| TOLL BROTHERS, INC. | : | NO. 09-2328 |

ORDER

AND NOW, this 3rd day of March, 2010, upon consideration of the defendant's Motion to Compel Arbitration and Dismiss the Amended Complaint (Docket No. 15), the plaintiff's opposition, and the defendant's reply thereto, and for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that the defendant's motion is GRANTED IN PART AND DENIED IN PART as follows:

1. The defendant's motion is granted to the extent that the plaintiff shall submit her claims to arbitration pursuant to the parties' arbitration agreement if she wishes to pursue her claims against the defendant.

2. The defendant's motion is denied to the extent that it seeks dismissal of the plaintiff's marital status discrimination claim (Count V of the amended complaint).

3. The defendant's motion is denied with respect to its request for attorneys' fees.

4. This matter is stayed pending final resolution of the parties' arbitration, and the Clerk of Court shall place this

matter in civil suspense.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.